IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHAWN MICHAEL HUSKEY                                                                    PLAINTIFF

v.                              Civil No. 09-5176

CAPTAIN HUNTER PETRAY;
CAPTAIN HOLLEY; and
SHERIFF KEITH FERGUSON                                                                  DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Shawn Michael Huskey filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on August 26, 2009.  His complaint was filed *in forma pauperis*.

On March 17, 2010, I entered an order (Doc. 14) granting the Defendants' motion to compel.  Plaintiff was directed to provide the Defendants with discovery responses by April 9, 2010.

On May 19, 2010, Defendants filed a motion to dismiss (Doc. 23).  In the motion, Defendants stated they had not received the discovery responses from the Plaintiff.  Plaintiff filed a motion for appointment of counsel (Doc. 22).  The motion was construed as a request for additional time to provide the discovery responses.  *Id.*  Plaintiff was given until June 18, 2010, to provide the Defendants with the discovery responses.  *Id.*  The motion to dismiss (Doc. 23) was denied as moot in view of this ruling.  *Id.*

On July 1, 2010, Defendants filed a second motion to dismiss (Doc. 26).  To date, Defendants assert they have not received any discovery responses from the Plaintiff.  Plaintiff has not responded to the motion to dismiss.  He has not requested additional time to respond to the discovery requests.  He has not communicated with the Court in anyway.

I therefore recommend that the Defendants' motion to dismiss (Doc. 26) be granted. This case should be dismissed based on the Plaintiff's failure to comply with the order of the court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 22nd day of September 2010.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)